# FEDERAL DEFENDERS
### MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 1960
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

June 19, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

Re:   *Anthony Williams*

Dear Judge Coody:

Our office has been contacted by Assistant U.S. Attorney Christa Deegan, regarding appointment of counsel for Mr. Williams, who is a potential witness and possible target in an investigation of a drug distribution conspiracy.

Mr. Williams has responded to a target letter from Ms. Deegan and has contacted our office. If possible, Mr. Williams wishes to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Mr. Williams is enclosed with this letter.

I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that our office would be able to accept an appointment in this case.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/
cc:   Christa Deegan, Esq.

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197

Telephone: 334/223-7280
Fax: 334/223-7560
Fin Lit Fax: 334/223-7201
Civil Fax 334/223-7418
Criminal Fax: 334/223-7135

June 6, 2007

Mr. Anthony W. Williams
2181 George Mull Street
Montgomery, Alabama  36110
HAND DELIVERED

Dear Mr. Williams:

As you may be are aware, you are under investigation in the Middle District of Alabama for criminal offenses relating to drug trafficking in this District. Specifically, the Office of the United States Attorney has information that you are or have been involved in a drug trafficking conspiracy operating in the Montgomery area.

Please be advised that the United States intends to present the facts of your case to a federal grand jury for the purpose of obtaining an Indictment against you. The purpose of this letter is to provide you with an opportunity cooperate with the Government. Such cooperation may lead to your avoiding presentment of your case to a federal grand jury by allowing you to plead to an Information. Such cooperation may also reduce any possible exposure you may have to federal incarceration.

The Fifth Amendment of the United States Constitution guarantees you certain rights. One such right is the right to be represented by counsel. If you do not have an attorney and cannot afford one, the Court will provide one for you at no cost to you. If you are not currently represented by counsel, cannot afford an attorney, and wish to be represented by an attorney, please contact Ms. Christine Freeman at the Office of the Federal Public Defender at 334.834.2099.

You are being given an opportunity to help yourself in advance of an indictment against you being presented to a federal grand jury. If you choose to take advantage of this opportunity, you will have the ability to reduce any possible term of incarceration. If you do not choose to take this opportunity, the federal government will continue with its investigation and its plan to present your case to a federal grand jury.

Page 2 of 2

If you are interested in discussing this matter, providing information to law enforcement and potentially mitigating your criminal liability, please contact Assistant United States Attorney Christa Deegan, at 334.223.7280. If you are currently represented by an attorney, you may have your attorney contact Mrs. Deegan.

If you or an attorney representing you does not respond to this letter by June 22, 2007, I will assume you are not interested in pursuing this opportunity to cooperate in advance of your case being presented to a federal grand jury.

Very truly yours,

LEURA G. CANARY
United States Attorney

Christa D. Deegan
Assistant United States Attorney