IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIM. MISC. NO. 07cm1274 |
| | ) | |
| ANTHONY WILLIAMS | ) | |

**ORDER**

The court finds that is ANTHONY WILLIAMS, a person under investigation, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be appointed to represent ANTHONY WILLIAMS for all further proceedings.

Done this 20th day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE